IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:16CR49 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| HEATHER SHEREE RUBY, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:16CR13 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| HUGO LEYVA-MARTINEZ, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Notice of Related Case (Filing No. 27) filed by the United States of America in *USA v. Heather Sheree Ruby*, Case No. 8:16CR49, which is assigned to the undersigned. The Government states that this case is related to *USA v. Hugo Leyva-Martinez*, Case No. 8:16CR13, which is assigned to Senior Judge Joseph F. Bataillon. Because the Defendant in Case No. 8:16CR13 has already pled and is scheduled to be sentenced on November 17, 2016, and the Defendant in Case No. 8:16CR49 is scheduled for trial on September 6, 2016, the cases will remain with their currently assigned judges.

Accordingly,

IT IS ORDERED that:

1. *USA v. Hugo Leyva-Martinez*, Case No. 8:16CR13, shall remain assigned to Senior Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters;

2. *USA v. Heather Sheree Ruby*, Case No. 8:16CR49, shall remain with the undersigned for disposition and to Magistrate Judge F. A. Gossett, III, for judicial supervision and processing of all pretrial matters; and

3. The Plaintiff's Notice of Related Case (Filing No. 27) is denied.

DATED this 29th day of August, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge